**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506
mchase@boutinjones.com
Amy L. O'Neill, SBN 294458
aoneill@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile:  (916) 441-7597

Attorneys for plaintiff Elk Grove Milling, Inc.

**BULLIVANT HOUSER BAILEY PC**
Jess B. Millikan, SBN 095540
jess.millikan@bullivant.com
Samuel H. Ruby, SBN 191091
samuel.ruby@bullivant.com
601 California Street, Suite 1800
San Francisco, CA  94108
Telephone:  (415) 352-2700
Facsimile:  (415) 352-2701

Attorneys for defendant United States Fire Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ELK GROVE MILLING, INC., a California corporation,<br><br>            Plaintiff,<br>     vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation<br><br>            Defendant. | Case No.:  2:14-cv-00877-MCE-EFB<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE [Fed. R. Civ. P. 41]**<br><br>**Complaint filed: April 8, 2013**<br><br>**Judge: The Hon. Morrison C.            England Jr.** |

///

///

///

///

1
**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE**

672995.1

1 | The Court, having reviewed the stipulation of the parties, and being familiar with the
2 | record of this case, hereby dismisses this entire action and all causes of action with prejudice
3 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs
4 | and attorneys' fees.  The Clerk is directed to close this case.

5
6 | IT IS SO ORDERED.

7 | Dated:  February 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT